**793 VAN WESTENBROGGE ET AL. vs. HYDORN** (Justice of the Peace), No. 12028½.

To compel respondent to issue a body execution upon a judgment for costs in favor of defendant, in an action of replevin.

Order to show cause denied May 12, 1891.

**794 WHITING vs. BUTLER, 29 M., 121.** (Error to Wayne.)

Held, that the right of a purchaser, on an execution sale, to a deed, after the expiration of the statutory period for redemption, is so complete and fixed as to be cognizable at law and enforcable by mandamus, and not to require a resort to equitable remedies.

**795 PECKHAM vs. CIRCUIT JUDGE** (Berrien), 74 M., 287.

To compel respondent to vacate an order setting aside an execution levy upon a judgment against an estate, where the writ was levied on lands which had belonged to the decedent, and upon application of the administrator the levy was set aside and the execution recalled.

Denied February 20, 1889.

**796 COOK vs. CIRCUIT JUDGE** (Kent), 70 M., 94.

To compel respondent to vacate an order setting aside an execution, and vacating a sale made to satisfy a judgment recovered by plaintiff, in an ejectment suit, for the value of land, on his electing to abandon it to the defendant.

Denied April 27, 1888.

Held, that the purchaser at said sale takes his title subject to the right of the defendant to defeat it by taking a new trial at any time within the statutory three years.